# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 3, 2018

## NO. 03-17-00498-CR

**Matthew Kyle Castilleja, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
## AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment of conviction. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.